UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___CORINA ELENA COTENESCU___

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

___AIRBNB___
___888 BRANNAN ST. SAN FRANCISCO___
___CALIFORNIA___
___94103___
___tel: 415-800-5959___

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**15CV 7979**

**COMPLAINT**

Jury Trial:  ☐ Yes   ☐ No
*(check one)*

RECEIVED OCT -9 2015 PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name ___CORINA E. COTENESCU___
Street Address ___180 Riverside Blv #14R___
County, City ___New York, NY, 10069___
State & Zip Code ___10069___
Telephone Number ___917-291-7644___

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name ___AIRBNB___
Street Address ___888 BRANNAN ST. SAN FRANCISCO, CA___
___94103___

*Rev. 05/2010*

County, City __SAN FRANCISCO, CALIFORNIA__
State & Zip Code __94103__
Telephone Number __415-800-5959__

Defendant No. 2    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 3    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☒ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __DISCRIMINATION, MISTREATMENT__

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __US Citizens__
Defendant(s) state(s) of citizenship __US Company__

III.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __NEW YORK__

B. What date and approximate time did the events giving rise to your claim(s) occur? __2009-2015__

C. Facts:

**What happened to you?**
MISPAYMENT - did pay me what I was owe

**Who did what?**
ACUSSATIONS of DISCRIMINATION, Hang up, didn't protect & help me

**Was anyone else involved?**
Yes - the GUESTS - allway defended & protected the guest against me the Host

**Who else saw what happened?**
Online - emails documented + text

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

THREATS
OFFENSES
MISPAYMENT
MISTREATMENT
DISCRIMINATION
OFFENSIVE / DISRESPECTFUL treatment

Rev. 0: 2010

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I WOULD LIKE 6% share value of the company. (six percent)

I been when them come 2009 when they started and my presence help them established.

I was discriminated and mistreated after all this years.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8 day of October, 2015.

Signature of Plaintiff

Mailing Address   180 Riverside Blvd #14R
New York, NY, 10069

Telephone Number   917-291-7644

Fax Number (if you have one)

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 8 day of October, 2015 I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

Inmate Number

Rev. 05/2010